UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph A. McCormick, Jr. (016221977)
**JOSEPH A. MCCORMICK, JR., P.A.**
76 Euclid Avenue
Suite 103
Haddonfield, NJ  08033
(856)795-6500
Attorney for Chapter 7 Trustee

Order Filed on October 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No. | 19-27600-ABA |
|---|---|---|
| Megan B. Gilberg, | Judge: | Andrew B. Altenburg |
| Debtors. | Chapter: | 7 |

Recommended Local Form:    ■ Followed    ☐ Modified

# ORDER AUTHORIZING
# RETENTION OF ATTORNEY BY TRUSTEE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 28, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| In re: | Megan B. Gilberg, Chapter 7 Debtors |
| Case No.: | 19-27600-ABA |
| Applicant: | Joseph Marchand |

■ Trustee:   ■ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.

☐ Debtor:   ☐ Chap. 11   ☐ Chap. 13   ☐ Interim (§303g)

☐ Official Committee of _____

Professional:  Joseph A. McCormick, Jr., Esquire of the firm of Joseph A. McCormick, Jr., P.A.

■ Attorney for:

■ Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee   ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer

☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant, <u>Joseph Marchand, Trustee</u>, is authorized to retain the professional, <u>Joseph A. McCormick, Jr., Esquire of the firm of Joseph A. McCormick, Jr., P.A.</u> to act as <u>Attorney for Trustee.</u>

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 7/1/04; jml*

\\LAW1\Company\Pending\Gilberg, Megan\App for Retention\Proposed Order for Retention .wpd

3