UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph A. McCormick, Jr. (016221977)
**JOSEPH A. MCCORMICK, JR., P.A.**
76 Euclid Avenue
Suite 103
Haddonfield, NJ   08033
(856)795-6500
Attorney for Chapter 7 Trustee

Order Filed on October 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No. | 19-27600-ABA |
| --- | --- | --- |
| Megan B. Gilberg, | Judge: | Andrew B. Altenburg |
| Debtors. | Chapter: | 7 |

Recommended Local Form:   ■ Followed    ☐ Modified

# ORDER AUTHORIZING
# RETENTION OF ATTORNEY BY TRUSTEE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 28, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

In re:     Megan B. Gilberg, Chapter 7 Debtors

Case No.:  19-27600-ABA

Applicant: Joseph Marchand

■ Trustee:  ■ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

☐ Debtor:  ☐ Chap. 11   ☐ Chap. 13    ☐ Interim (§303g)

☐ Official Committee of _____

Professional: Joseph A. McCormick, Jr., Esquire of the firm of Joseph A. McCormick, Jr., P.A.

■ Attorney for:

■ Trustee    ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee    ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer

☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant, <u>Joseph Marchand, Trustee</u>, is authorized to retain the professional, <u>Joseph A. McCormick, Jr., Esquire of the firm of Joseph A. McCormick, Jr., P.A.</u> to act as <u>Attorney for Trustee.</u>

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 7/1/04; jml*

\\LAW1\Company\Pending\Gilberg, Megan\App for Retention\Proposed Order for Retention .wpd

3

United States Bankruptcy Court
District of New Jersey

In re:  
Megan B. Gilberg  
    Debtor

Case No. 19-27600-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 28, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2019.  
db          +Megan B. Gilberg,    504 Queen Ann Road,    Cherry Hill, NJ 08003-3216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2019 at the address(es) listed below:  
        Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Jenny R. Kasen    on behalf of Debtor Megan B. Gilberg jkasen@kasenlaw.com, dkasen@kasenlaw.com  
        Joseph Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.axosfs.com  
        Joseph A McCormick, Jr.    on behalf of Trustee Joseph   Marchand jmccormick@mccormicknjlaw.com, karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com  
        Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
     TOTAL: 6