**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Megan B. Gilberg<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6785<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–27600–ABA | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Megan B. Gilberg
   fka Megan B. Cohen

1/17/20

**By the court:**   Andrew B. Altenburg Jr.
                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                               United States Bankruptcy Court
                                    District of New Jersey
In re:                                                              Case No. 19-27600-ABA
Megan B. Gilberg                                                    Chapter 7
            Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 2                  Date Rcvd: Jan 17, 2020
                              Form ID: 318                Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2020.
db            +Megan B. Gilberg,    504 Queen Ann Road,    Cherry Hill, NJ 08003-3216
aty           +Joseph A. McCormick, Jr.,    Joseph A. McCormick, Jr., P.A.,    76 Euclid Avenue,   Suite 103,
                Haddonfield, NJ 08033-2330
518459343      Bank of America, N.A.,    c/o John J. Sheerin, Esquire,    Mullooly, Jeffrey, Rooney & Flynn, LLP,
                6851 1 Jericho Turnpike, Suite 220,    Syosset, NY 11791-9036
518634634     +Brian Gilberg,    1321 Flat Rock Road,    Penn Valley, PA 19072-1214
518459347     +Chase Bank USA, N.A.,    c/o United Collection Bureau, Inc.,    5620 Southwyck Blvd., Suite 206,
                Toledo, OH 43614-1501
518459348      Comcast Communications,    c/o Waypoint Resource Group,    P.O. Box 8588,
                Round Rock, TX 78683-8588
518459349      Discover,    P.O Box 742655,    Cincinnati, OH 45274-2655
518459351     +Hangley, Aranchick, Segal, Pudlin, & Schiller,    c/o Cheryl L. Young, Esq.,
                401 Dekalb Street, 4th Floor,    Norristown, PA 19401-4909
518459356     +JP Morgan Chase Bank, N.A.,    MRS BPO, LLC,    1930 Olney Avenue,   Cherry Hill, NJ 08003-2016
518459354     +Jefferson Health - New Jersey,    500 Marlboro Avenue,    Cherry Hill, NJ 08002-2020
518459353      Jefferson Health - New Jersey,    c/o Financial Recoveries,    P.O. Box 1388,
                Mount Laurel, NJ 08054-7388
518459357     +Kennedy University Hospital,    c/o nThrive,    4500 Salisbury Road, Suite 460,
                Jacksonville, FL 32216-0954
518459359      LVNV Funding LLC (Capital One, N.A.),    c/o Resurgent Capital Services,    P.O. Box 510090,
                Livonia, MI 48151-6090
518459360      Mohela,   Department of Education,    P.O. Box 790233,    Saint Louis, MO 63179-0233
518459361     +Momjian Anderer LLC,    One Commerce Square,    2005 Market Street, Suite 3510,
                Philadelphia, PA 19103-7013
518459363     +Northbrook Hospital,    425 Woodbury - Turnersville Rd,    Blackwood, NJ 08012-2960
518459364     +Oaks Integrated Care,    770 Woodlane Road,    Mount Holly, NJ 08060-3803
518459365     +PA EZ-Pass,    300 E. Park Drrive, #2729,    Harrisburg, PA 17111-2729
518459368     +PNC Bank, N.A.,    William S. Demchak, Chairman, President,    222 Delaware Ave.,
                Wilmington, DE 19801-1637
518459366      Penn Medicine,    P.O. Box 824406,    Philadelphia, PA 19182-4406
518459367     +Penn Princeton House Medicine,    351 New Albany Rd,    Moorestown, NJ 08057-1117
518459369      Rowan Psychiarty,    Rowan Medicine Dept. of Psychiatry,    P.O. Box 71356,
                Philadelphia, PA 19176-1356
518459371      Saks Fifth Avenue,    P.O. Box 71106,    Charlotte, NC 28272-1106
518459374     +The Heart House,    120 White Horse Pike, Suite 112,    Haddon Heights, NJ 08035-1938
518459375     +Verizon,    c/o Receivables Performance Management,    20818 44th Avenue W., Suite 140,
                Lynnwood, WA 98036-7709
518459376     +Weill Cornell Medicine,    575 Lexington Avenue, SUite 540,    New York, NY 10022-6145
518459377      Weill Cornell Medicine,    Harris & Harris, Ltd.,    111 West Jackson Boulevard, Suite 400,
                Chicago, IL 60604-4135

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QJDMARCHAND.COM Jan 18 2020 04:58:00      Joseph Marchand,    117-119 West Broad St.,
                PO Box 298,   Bridgeton, NJ 08302-0228
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 18 2020 00:24:52       U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 18 2020 00:24:46       United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518459339      E-mail/Text: bankruptcynotice@1fbusa.com Jan 18 2020 00:24:43       1st Financial Bank USA,
                P.O. Box 1050,    North Sioux City, SD 57049-1050
518459341      EDI: IIC9.COM Jan 18 2020 04:53:00      ATT Mobility,    c/o IC System,   444 Highway 96 East,
                P.O. Box 64378,    Saint Paul, MN 55164-0378
518459340      EDI: AMEREXPR.COM Jan 18 2020 04:58:00      American Express,    P. O. Box 1270,
                Newark, NJ 07101-1270
518459342      EDI: BANKAMER.COM Jan 18 2020 04:58:00      Bank of America, N.A.,    P.O. Box 15019,
                Wilmington, DE 19886-5019
518459344      EDI: CHASE.COM Jan 18 2020 04:58:00      Chase,   Cardmember Services,    P.O. Box 15123,
                Wilmington, DE 19850-5123
518459346      EDI: CHASE.COM Jan 18 2020 04:58:00      Chase,   c/o Cardmember Services,    P.O. Box 15123,
                Wilmington, DE 19850-5123
518459345      EDI: CHASE.COM Jan 18 2020 04:58:00      Chase,   Cardmember Service,    PO Box 15153,
                Wilmington, DE 19886-5153
518459350     +E-mail/Text: fggbanko@fgny.com Jan 18 2020 00:23:49      Discover,
                c/o Forster, Garbus & Garbus,    7 Banta Place,    Hackensack, NJ 07601-5604
518459352     +EDI: IRS.COM Jan 18 2020 04:58:00      Internal Revenue Service,    P.O. Box 7346,
                Philadelphia, PA 19101-7346
518459358     +EDI: TFSR.COM Jan 18 2020 04:53:00      Lexus Financial Services,    P.O. Box 4102,
                Carol Stream, IL 60197-4102
518459362      EDI: NAVIENTFKASMSERV.COM Jan 18 2020 04:58:00      Navient,   P.O. Box 9000,
                Wilkes Barre, PA 18773-9000
518459373      EDI: CAPITALONE.COM Jan 18 2020 04:58:00      Saks Fifth Avenue,    c/o Capital One, N.A.,
                P.O. Box 30285,    Salt Lake City, UT 84130-0285
```

```
District/off: 0312-1          User: admin                Page 2 of 2                  Date Rcvd: Jan 17, 2020
                              Form ID: 318               Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
518459372        EDI: CAPITALONE.COM Jan 18 2020 04:58:00      Saks Fifth Avenue,    c/o Capital One Bank, N.A.,
                  P.O. Box 30285,    Salt Lake City, UT 84130-0285
518459370       +EDI: PRA.COM Jan 18 2020 04:58:00      Saks Fifth Avenue,    c/o Portfolio Recovery Associates,
                  P.O. Box 12914,    Norfolk, VA 23541-0914
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518459355*      +Jefferson Health - New Jersey,    500 Marlboro Avenue,    Cherry Hill, NJ 08002-2020
518634632*      +PNC Bank, N.A.,    William S. Demchak,    Chairman, President,    222 Delaware Ave.,
                  Wilmington, DE 19801-1621
                                                                                    TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jenny R. Kasen    on behalf of Debtor Megan B. Gilberg jkasen@kasenlaw.com,    dkasen@kasenlaw.com
              Joseph Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Joseph A McCormick, Jr.    on behalf of Trustee Joseph  Marchand jmccormick@mccormicknjlaw.com,
               karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormickn
               jlaw.com
              Paul Stadler Pflumm    on behalf of Trustee Joseph  Marchand ppflumm@mccormicknjlaw.com,
               Karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormickn
               jlaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```