Form 173 – hrggeneral

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–27600–ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Megan B. Gilberg
   fka Megan B. Cohen
   504 Queen Ann Road
   Cherry Hill, NJ 08003

Social Security No.:
   xxx–xx–6785

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:          June 9, 2020
Time:          10:00 AM
Location:      Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*36* – Objection to Debtor's Claim of Exemptions filed by Paul Stadler Pflumm on behalf of Joseph Marchand. (Attachments: # 1 Certification # 2 Exhibit A # 3 Proposed Order) (Pflumm, Paul)

and transact such other business as may properly come before the meeting.

Dated: May 18, 2020
JAN: eag

                                          Jeanne Naughton
                                          Clerk