UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Paul Pflumm (006912002)
JOSEPH A. McCORMICK, JR., P.A.
A Professional Association
76 Euclid Avenue-Suite 103
Haddonfield, New Jersey 08033
ppflumm@mccormicknjlaw.com
(856) 795-6500
Attorneys for Trustee

In Re:

Megan B. Gilberg

Case No.: 19-27600
Adv. Pro. No.: 
Chapter: 7
Hearing Date: June 9, 2020
Judge: Altenburg

## ADJOURNMENT REQUEST

1. I, __Paul Pflumm__,

   ☒ am the attorney for: __Joseph D. Marchand, Chapter 7 Trustee__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Objection to Debtor's Exemptions/Cross motion to Compel Abandonment

   Current hearing date and time: June 9, 2020 at 10:00 am

   New date requested: June 16, 2020 at 2:00 pm

   Reason for adjournment request: Computer issues due to storms have made additional time to respond to cross-motion necessary

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

   Counsel for the Debtor has requested an afternoon hearing on the new date due to scheduling issues.

I certify under penalty of perjury that the foregoing is true.

Date: __6.5.20__          _____
                                Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: __6/23/20 at 10 am__          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new,9/23/15*