**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
401 Market Street
Camden, NJ 08102
Telephone number: 856−361−2300

Honorable Andrew B. Altenburg Jr., U.S. Bankruptcy Judge

| **CASE NUMBER:** 19−27600−ABA | **DATE FILED::** 9/13/19 |
|---|---|
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):** Megan B. Gilberg fka Megan B. Cohen xxx−xx−6785 | **ADDRESS OF DEBTOR(S):** 504 Queen Ann Road Cherry Hill, NJ 08003 |
| DEBTOR'S ATTORNEY: Jenny R. Kasen Kasen & Kasen 1874 E. Marlton Pike Suite 3 Cherry Hill, NJ 08003 (856) 424−4144 | TRUSTEE: Joseph Marchand 117−119 West Broad St. PO Box 298 Bridgeton, NJ 08302 (856) 451−7600 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

12/15/20

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: September 17, 2020         FOR THE COURT
                                  Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-27600-ABA
Megan B. Gilberg                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 2           Date Rcvd: Sep 17, 2020
                            Form ID: noa             Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2020.
```
db            +Megan B. Gilberg,    504 Queen Ann Road,    Cherry Hill, NJ 08003-3216
aty           +Joseph A. McCormick, Jr.,    Joseph A. McCormick, Jr., P.A.,    76 Euclid Avenue,   Suite 103,
                Haddonfield, NJ 08033-2330
518744478     +Arcadia Recovery Bureau, LLC,    P.O. Box 6768,    Reading, PA 19610-0768
518459343      Bank of America, N.A.,    c/o John J. Sheerin, Esquire,    Mullooly, Jeffrey, Rooney & Flynn, LLP,
                6851 1 Jericho Turnpike, Suite 220,    Syosset, NY 11791-9036
518634634     +Brian Gilberg,    1321 Flat Rock Road,    Penn Valley, PA 19072-1214
518744479     +Caine & Weiner,    12005 Ford Road, Suite 300,    Dallas, TX 75234-7262
518459347     +Chase Bank USA, N.A.,    c/o United Collection Bureau, Inc.,    5620 Southwyck Blvd., Suite 206,
                Toledo, OH 43614-1501
518459348      Comcast Communications,    c/o Waypoint Resource Group,    P.O. Box 8588,
                Round Rock, TX 78683-8588
518744480     +Cooper University Health Care,    P.O. Box 2090,    Morrisville, NC 27560-2090
518459349      Discover,   P.O Box 742655,    Cincinnati, OH 45274-2655
518744481     +ExcelCare Alliance, LLC,    P.O. Box 14099,    Belfast, ME 04915-4034
518459351     +Hangley, Aranchick, Segal, Pudlin,    & Schiller,    c/o Cheryl L. Young, Esq.,
                401 Dekalb Street, 4th Floor,    Norristown, PA 19401-4909
518459356     +JP Morgan Chase Bank, N.A.,    MRS BPO, LLC,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
518459353      Jefferson Health - New Jersey,    c/o Financial Recoveries,    P.O. Box 1388,
                Mount Laurel, NJ 08054-7388
518459354     +Jefferson Health - New Jersey,    500 Marlboro Avenue,    Cherry Hill, NJ 08002-2020
518459357     +Kennedy University Hospital,    c/o nThrive,    4500 Salisbury Road, Suite 460,
                Jacksonville, FL 32216-0954
518459359      LVNV Funding LLC (Capital One, N.A.),    c/o Resurgent Capital Services,    P.O. Box 510090,
                Livonia, MI 48151-6090
518459360      Mohela,    Department of Education,    P.O. Box 790233,    Saint Louis, MO 63179-0233
518459361     +Momjian Anderer LLC,    One Commerce Square,    2005 Market Street, Suite 3510,
                Philadelphia, PA 19103-7013
518459363     +Northbrook Hospital,    425 Woodbury - Turnersville Rd,    Blackwood, NJ 08012-2960
518459364     +Oaks Integrated Care,    770 Woodlane Road,    Mount Holly, NJ 08060-3803
518459365     +PA EZ-Pass,    300 E. Park Drrive, #2729,    Harrisburg, PA 17111-2729
518459368     +PNC Bank, N.A.,    William S. Demchak, Chairman, President,    222 Delaware Ave.,
                Wilmington, DE 19801-1621
518459366      Penn Medicine,    P.O. Box 824406,    Philadelphia, PA 19182-4406
518459367     +Penn Princeton House Medicine,    351 New Albany Rd,    Moorestown, NJ 08057-1117
518459369      Rowan Psychiarty,    Rowan Medicine Dept. of Psychiatry,    P.O. Box 71356,
                Philadelphia, PA 19176-1356
518744482     +STAT Medical Transport,    P.O. Box 13702 30th Street Station,    Philadelphia, PA 19101-3702
518459371      Saks Fifth Avenue,    P.O. Box 71106,    Charlotte, NC 28272-1106
518459374     +The Heart House,    120 White Horse Pike, Suite 112,    Haddon Heights, NJ 08035-1938
518459375     +Verizon,    c/o Receivables Performance Management,    20818 44th Avenue W., Suite 140,
                Lynnwood, WA 98036-7709
518459376     +Weill Cornell Medicine,    575 Lexington Avenue, SUite 540,    New York, NY 10022-6145
518459377      Weill Cornell Medicine,    Harris & Harris, Ltd.,    111 West Jackson Boulevard, Suite 400,
                Chicago, IL 60604-4135
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QJDMARCHAND.COM Sep 18 2020 04:33:00      Joseph Marchand,    117-119 West Broad St.,
                PO Box 298,    Bridgeton, NJ 08302-0228
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 18 2020 01:18:19      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 18 2020 01:18:15      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518459339      E-mail/Text: bankruptcynotice@1fbusa.com Sep 18 2020 01:18:11      1st Financial Bank USA,
                P.O. Box 1050,    North Sioux City, SD 57049-1050
518459341      EDI: IIC9.COM Sep 18 2020 04:33:00      ATT Mobility,    c/o IC System,    444 Highway 96 East,
                P.O. Box 64378,    Saint Paul, MN 55164-0378
518459340      EDI: AMEREXPR.COM Sep 18 2020 04:33:00      American Express,    P. O. Box 1270,
                Newark, NJ 07101-1270
518459342      EDI: BANKAMER.COM Sep 18 2020 04:33:00      Bank of America, N.A.,    P.O. Box 15019,
                Wilmington, DE 19886-5019
518459350     +E-mail/Text: fggbanko@fgny.com Sep 18 2020 01:17:48      Discover,
                c/o Forster, Garbus & Garbus,    7 Banta Place,    Hackensack, NJ 07601-5604
518459352     +EDI: IRS.COM Sep 18 2020 04:33:00      Internal Revenue Service,    P.O. Box 7346,
                Philadelphia, PA 19101-7346
518459345      EDI: JPMORGANCHASE Sep 18 2020 04:33:00      Chase,    Cardmember Service,    PO Box 15153,
                Wilmington, DE 19886-5153
518459344      EDI: JPMORGANCHASE Sep 18 2020 04:33:00      Chase,    Cardmember Services,    P.O. Box 15123,
                Wilmington, DE 19850-5123
518459346      EDI: JPMORGANCHASE Sep 18 2020 04:33:00      Chase,    c/o Cardmember Services,    P.O. Box 15123,
                Wilmington, DE 19850-5123
518459358     +EDI: TFSR.COM Sep 18 2020 04:33:00      Lexus Financial Services,    P.O. Box 4102,
                Carol Stream, IL 60197-4102
```

```
District/off: 0312-1              User: admin               Page 2 of 2              Date Rcvd: Sep 17, 2020
                                  Form ID: noa              Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518459362      +EDI: NAVIENTFKASMSERV.COM Sep 18 2020 04:33:00      Navient,   P.O. Box 9000,
                Wilkes Barre, PA 18773-9000
518459373       EDI: CAPITALONE.COM Sep 18 2020 04:33:00       Saks Fifth Avenue,   c/o Capital One, N.A.,
                P.O. Box 30285,   Salt Lake City, UT 84130-0285
518459372       EDI: CAPITALONE.COM Sep 18 2020 04:33:00       Saks Fifth Avenue,   c/o Capital One Bank, N.A.,
                P.O. Box 30285,   Salt Lake City, UT 84130-0285
518459370      +EDI: PRA.COM Sep 18 2020 04:33:00       Saks Fifth Avenue,   c/o Portfolio Recovery Associates,
                P.O. Box 12914,   Norfolk, VA 23541-0914
518799469       EDI: BL-TOYOTA.COM Sep 18 2020 04:33:00       Toyota Motor Credit Corporation,
                c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
                                                                                             TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518459355*     +Jefferson Health - New Jersey,   500 Marlboro Avenue,   Cherry Hill, NJ 08002-2020
518634632*     +PNC Bank, N.A.,   William S. Demchak,   Chairman, President,   222 Delaware Ave.,
                Wilmington, DE 19801-1621
                                                                                           TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2020 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jenny R. Kasen    on behalf of Debtor Megan B. Gilberg jkasen@kasenlaw.com,    dkasen@kasenlaw.com
              Joseph  Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Joseph A McCormick, Jr.    on behalf of Trustee Joseph  Marchand jmccormick@mccormicknjlaw.com,
               karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormickn
               jlaw.com
              Paul Stadler Pflumm    on behalf of Trustee Joseph  Marchand ppflumm@mccormicknjlaw.com,
               Karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormickn
               jlaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```