UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph A. McCormick, Jr. (016221977)
**JOSEPH A. MCCORMICK, JR., P.A.**
76 Euclid Avenue
Suite 103
Haddonfield, NJ  08033
(856)795-6500
Attorney for Chapter 7 Trustee

Order Filed on November 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 19-27600-ABA |
| Megan B. Gilberg, | Judge: Andrew B. Altenburg |
| Debtors. | Chapter: 7 |

Recommended Local Form:    ■ Followed    ☐ Modified

# ORDER AUTHORIZING
## RETENTION OF SPECIAL COUNSEL BY TRUSTEE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: November 12, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

In re:         Megan B. Gilberg, Chapter 7 Debtors

Case No.:    19-27600-ABA

Applicant:   Joseph Marchand

■ Trustee:   ■ Chap. 7     ☐ Chap. 11     ☐ Chap. 13.

☐ Debtor:    ☐ Chap. 11    ☐ Chap. 13     ☐ Interim (§303g)

☐ Official Committee of _____

Professional: Rochelle Bobman, Esquire of the firm of Bort Law.

☐ Attorney for:
   ☐ Trustee    ☐ Debtor-in-Possession
   ☐ Official Committee of _____

☐ Accountant for:
   ☐ Trustee    ☐ Debtor-in-Possession
   ☐ Official Committee of _____

■ Other Professional:
   ☐ Realtor    ☐ Appraiser    ■ Special Counsel    ☐ Auctioneer
   ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant, <u>Joseph Marchand, Trustee</u>, is authorized to retain the professional, <u>Rochelle Bobman, Esquire of the firm of Bort Law.</u> to act as <u>Special Counsel for Trustee.</u>

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 7/1/04; jml*

T:\Joint Clients\Gilberg, Megan GB-1184-M\App for Retention- Bobman\Proposed Order for Retention .wpd

3