**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

Joseph A. McCormick, Jr. (016221977)
**JOSEPH A. MCCORMICK, JR., P.A.**
76 Euclid Avenue
Suite 103
Haddonfield, NJ   08033
(856)795-6500
Attorney for Chapter 7 Trustee

|  |  |
|---|---|
| In Re: | Case No.    19-27600-ABA |
| Megan B. Gilberg, | Judge:    Andrew B. Altenburg |
| Debtors. | Chapter:    7 |

Order Filed on November 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| Recommended Local Form: | ■ Followed | ☐ Modified |
|---|---|---|

# ORDER AUTHORIZING
# RETENTION OF SPECIAL COUNSEL BY TRUSTEE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: November 12, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

In re:        Megan B. Gilberg, Chapter 7 Debtors

Case No.:     19-27600-ABA

Applicant:    Joseph Marchand

    ■ Trustee:   ■ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

    ☐ Debtor:    ☐ Chap. 11   ☐ Chap. 13    ☐ Interim (§303g)

    ☐ Official Committee of _____

Professional: Rochelle Bobman, Esquire of the firm of Bort Law.

    ☐ Attorney for:

        ☐ Trustee   ☐ Debtor-in-Possession

        ☐ Official Committee of _____

    ☐ Accountant for:

        ☐ Trustee   ☐ Debtor-in-Possession

        ☐ Official Committee of _____

    ■ Other Professional:

        ☐ Realtor   ☐ Appraiser   ■ Special Counsel   ☐ Auctioneer

        ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant, <u>Joseph Marchand, Trustee</u>, is authorized to retain the professional, <u>Rochelle Bobman, Esquire of the firm of Bort Law.</u> to act as <u>Special Counsel for Trustee.</u>

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 7/1/04; jml*

T:\Joint Clients\Gilberg, Megan GB-1184-M\App for Retention- Bobman\Proposed Order for Retention .wpd

3

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-27600-ABA

Megan B. Gilberg  Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Nov 12, 2020     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2020:**

**Recip ID**      **Recipient Name and Address**
db      + Megan B. Gilberg, 504 Queen Ann Road, Cherry Hill, NJ 08003-3216

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2020 at the address(es) listed below:**

**Name**      **Email Address**

Denise E. Carlon
     on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Jenny R. Kasen
     on behalf of Debtor Megan B. Gilberg jkasen@kasenlaw.com dkasen@kasenlaw.com

Joseph Marchand
     jdmarchand@comcast.net jmarchand@comcast.net;jmarchand@ecf.axosfs.com

Joseph A McCormick, Jr.
     on behalf of Trustee Joseph Marchand jmccormick@mccormicknjlaw.com karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com

Paul Stadler Pflumm
     on behalf of Trustee Joseph Marchand ppflumm@mccormicknjlaw.com Karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com

District/off: 0312-1 — User: admin — Page 2 of 2
Date Rcvd: Nov 12, 2020 — Form ID: pdf903 — Total Noticed: 1

Rebecca Ann Solarz
    on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7