UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Joseph A. McCormick, Jr.
Joseph A. McCormick, Jr., P.A.
76 Euclid Avenue, Suite 103
Haddonfield, NJ 08033
(856) 795-6500
Attorney for Chapter 7 Trustee

Order Filed on May 24, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Megan B. Gilberg

Case No.:    19-27600-ABA

Chapter:    7

Judge:    Andrew B. Altenburg

## ORDER AUTHORIZING RETENTION OF

Guiliano Miller & Company, LLC

The relief set forth on the following page is **ORDERED**.

**DATED: May 24, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain ___Guiliano Miller & Company, LLC___
as _____Accountant_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:   Guiliano Miller & Company, LLC
   140 Bradford Dr., Berlin Business Pa
   West Berlin, NJ 08091

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*