UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Joseph A. McCormick, Jr. (016221977)
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
jmccormick@mcdowelllegal.com
Attorney for Chapter 7 Trustee

Order Filed on September 13, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Megan Gilberg,

Debtor.

Case No.:  19-27600-ABA

Chapter:  7

Judge:  Andrew B. Altenburg

## ORDER AUTHORIZING RETENTION OF

Joseph A. McCormick, Jr. and McDowell Law, PC

The relief set forth on the following page is **ORDERED**.

**DATED: September 13, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _Joseph A. McCormick, Jr._ as _Attorney for Trustee_, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  McDowell Law, PC
   46 West Main Street
   Maple Shade, NJ 08052

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*