UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Megan Gilberg,

Case No.: 19-27600-ABA
Chapter: 7
Judge: Andrew B. Altenburg

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Joseph D. Marchand, Chapter 7 Trustee, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: | Jeanne Naughton, Clerk |
| --- | --- |
| | United States Bankruptcy Court |
| | 401 Market Street |
| | Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny on Tuesday, April 19, 2022 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 4B, Mitchell H. Cohen Courthouse, 400 Cooper Street, 4th Floor, Camden, New Jersey, 08101 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action:
   The Debtor was a party to a pre-petition divorce action venued in the Montgomery County Pennsylvania Court of Common Pleas. The Bankruptcy Court determined that the Debtor's interest in equitable distribution was property of the Estate and the Debtor's exemption of her interest in the marital home was limited to $175,000.00. The Trustee intervened in the Divorce Action. The parties negotiated a Property Settlement Agreement, and an addendum to said Property Settlement Agreement.

Pertinent terms of settlement:
1.   The Bankruptcy Estate will receive $20,000.00 representing the Debtor's share of equitable distribution of assets other than retirement accounts and the marital home. Payment is to be made within thirty (30) days of the entry of the divorce decree.
2.   The Bankruptcy Estate will also receive $20,000.00 in lieu of roll over of retirement accounts representing the Debtor's share of equitable distribution of said accounts. The monies

> shall be paid to the Bankruptcy Estate in two (2) payments. The first Ten Thousand Dollar ($10,000.00) payment shall be made within thirty (30) days of the entry of the divorce decree and the second and final Ten Thousand Dollar ($10,000.00) payment shall be made within sixty (60) days of the entry of the parties' divorce decree.
>
> 3. Investigation revealed that the Debtor's equitable distribution rights in the marital residence, determined to be $125,000.00 in the Property Settlement Agreement, were less than her $175,000.00 exemption.
>
> 4. The Property Settlement Agreement and Addendum to Property Settlement Agreement are subject to notices being circulated to creditors in the instant Chapter 7 bankruptcy case pursuant to the Federal Rules of Bankruptcy Procedure and the local rules of the United States Bankruptcy Court for the District of New Jersey. In the event that the Court sustains any objection to this Property Settlement Agreement and Addendum to Property Settlement Agreement shall be null and void, any monies previously remitted to the Trustee shall be returned to Husband.
>
> 5. At all times, the Debtor, her estranged husband, and the Trustee shall support the Court's approval of the Property Settlement Agreement and Addendum to Property Settlement Agreement.
>
> 6. The Property Settlement Agreement and Addendum to Property Settlement Agreement are also subject to approval in the matrimonial case.

Objections must be served on, and requests for additional information directed to:

Name:            Paul Pflumm, Esq.,
                 McDowell Law, PC, Attorneys for Trustee

Address:         46 West Main Street, Maple Shade, NJ 08052

Telephone No.:   (856) 482-5544

M:\Active Files\Marchand, Joseph Chapter 7 Trustee\Gilberg\Notice of Proposed Compromise for Settlement of Controversy 3 10 22.wpd

United States Bankruptcy Court

District of New Jersey

In re:  
Megan B. Gilberg  
    Debtor

Case No. 19-27600-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Mar 15, 2022      Form ID: pdf905      Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Megan B. Gilberg, 1600 Hagys Ford Rd, Unit 9X, Penn Valley, PA 19072-1049 |
| aty | #+ | Joseph A. McCormick, Jr., Joseph A. McCormick, Jr., P.A., 76 Euclid Avenue, Suite 103, Haddonfield, NJ 08033-2330 |
| aty | + | Joseph A. McCormick, Jr., McDowell Law, PC, 46 West Main Street, Maple Shade, NJ 08052-2432 |
| aty | + | Rochelle Bobman, Bort Law, 1260 Valley Forge Road, Suite 104, Phoenixville, PA 19460-2691 |
| 518982521 | + | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 518744478 | + | Arcadia Recovery Bureau, LLC, P.O. Box 6768, Reading, PA 19610-0768 |
| 518459342 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, N.A., P.O. Box 15019, Wilmington, DE 19886-5019 |
| 518459343 | | Bank of America, N.A., c/o John J. Sheerin, Esquire, Mullooly, Jeffrey, Rooney & Flynn, LLP, 6851 1 Jericho Turnpike, Suite 220, Syosset, NY 11791-9036 |
| 518634634 | + | Brian Gilberg, 1321 Flat Rock Road, Penn Valley, PA 19072-1214 |
| 518744479 | + | Caine & Weiner, 12005 Ford Road, Suite 300, Dallas, TX 75234-7262 |
| 518459348 | | Comcast Communications, c/o Waypoint Resource Group, P.O. Box 8588, Round Rock, TX 78683-8588 |
| 518744480 | + | Cooper University Health Care, P.O. Box 2090, Morrisville, NC 27560-2090 |
| 518459349 | | Discover, P.O Box 742655, Cincinnati, OH 45274-2655 |
| 518744481 | + | ExcelCare Alliance, LLC, P.O. Box 14099, Belfast, ME 04915-4034 |
| 519047847 | | Hangley Aronchick Segal Pudlin & Schiller, c/o Matthew A. Hamermesh, 20 Brace Road, Suite 201, Cherry Hill, NJ 08034-2634 |
| 518459351 | + | Hangley, Aranchick, Segal, Pudlin, & Schiller, c/o Cheryl L. Young, Esq., 401 Dekalb Street, 4th Floor, Norristown, PA 19401-4909 |
| 518459356 | + | JP Morgan Chase Bank, N.A., MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 518459354 | + | Jefferson Health - New Jersey, 500 Marlboro Avenue, Cherry Hill, NJ 08002-2020 |
| 518459353 | | Jefferson Health - New Jersey, c/o Financial Recoveries, P.O. Box 1388, Mount Laurel, NJ 08054-7388 |
| 518459357 | + | Kennedy University Hospital, c/o nThrive, 4500 Salisbury Road, Suite 460, Jacksonville, FL 32216-0954 |
| 518459359 | | LVNV Funding LLC (Capital One, N.A.), c/o Resurgent Capital Services, P.O. Box 510090, Livonia, MI 48151-6090 |
| 518459360 | ++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243 address filed with court:, Mohela, Department of Education, P.O. Box 790233, Saint Louis, MO 63179-0233 |
| 518459361 | + | Momjian Anderer LLC, One Commerce Square, 2005 Market Street, Suite 3510, Philadelphia, PA 19103-7013 |
| 518459363 | + | Northbrook Hospital, 425 Woodbury - Turnersville Rd, Blackwood, NJ 08012-2960 |
| 518459364 | + | Oaks Integrated Care, 770 Woodlane Road, Mount Holly, NJ 08060-3803 |
| 518459365 | + | PA EZ-Pass, 300 E. Park Drrive, #2729, Harrisburg, PA 17111-2729 |
| 518459368 | + | PNC Bank, N.A., William S. Demchak, Chairman, President, 222 Delaware Ave., Wilmington, DE 19801-1621 |
| 518459366 | | Penn Medicine, P.O. Box 824406, Philadelphia, PA 19182-4406 |
| 518459367 | + | Penn Princeton House Medicine, 351 New Albany Rd, Moorestown, NJ 08057-1117 |
| 518459369 | | Rowan Psychiarty, Rowan Medicine Dept. of Psychiatry, P.O. Box 71356, Philadelphia, PA 19176-1356 |
| 518744482 | + | STAT Medical Transport, P.O. Box 13702 30th Street Station, Philadelphia, PA 19101-3702 |
| 518459374 | + | The Heart House, 120 White Horse Pike, Suite 112, Haddon Heights, NJ 08035-1938 |
| 518459376 | + | Weill Cornell Medicine, 575 Lexington Avenue, SUite 540, New York, NY 10022-6145 |
| 518459377 | | Weill Cornell Medicine, Harris & Harris, Ltd., 111 West Jackson Boulevard, Suite 400, Chicago, IL 60604-4135 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 15, 2022 | Form ID: pdf905 | Total Noticed: 56 |

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Mar 15 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 15 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518459339 | Email/Text: bankruptcynotice@1fbusa.com | Mar 15 2022 20:44:00 | 1st Financial Bank USA, P.O. Box 1050, North Sioux City, SD 57049-1050 |
| 518459341 | Email/Text: Bankruptcy@ICSystem.com | Mar 15 2022 20:44:00 | ATT Mobility, c/o IC System, 444 Highway 96 East, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 518459340 | Email/PDF: bncnotices@becket-lee.com | Mar 15 2022 20:46:13 | American Express, P. O. Box 1270, Newark, NJ 07101-1270 |
| 518459347 | + Email/Text: BAN5620@UCBINC.COM | Mar 15 2022 20:43:00 | Chase Bank USA, N.A., c/o United Collection Bureau, Inc., 5620 Southwyck Blvd., Suite 206, Toledo, OH 43614-1501 |
| 518459350 | + Email/Text: fggbanko@fgny.com | Mar 15 2022 20:43:00 | Discover, c/o Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 518459352 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 15 2022 20:43:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518459345 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 15 2022 20:46:08 | Chase, Cardmember Service, PO Box 15153, Wilmington, DE 19886-5153 |
| 518459344 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 15 2022 20:46:16 | Chase, Cardmember Services, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 518459346 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 15 2022 20:46:11 | Chase, c/o Cardmember Services, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 518965762 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2022 20:46:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518459358 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 15 2022 20:43:00 | Lexus Financial Services, P.O. Box 4102, Carol Stream, IL 60197-4102 |
| 518459360 | Email/Text: ClaimsHelp@Mohela.com | Mar 15 2022 20:43:00 | Mohela, Department of Education, P.O. Box 790233, Saint Louis, MO 63179-0233 |
| 518962629 | Email/PDF: pa_dc_claims@navient.com | Mar 15 2022 20:46:25 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 518459362 | + Email/PDF: pa_dc_claims@navient.com | Mar 15 2022 20:46:25 | Navient, P.O. Box 9000, Wilkes Barre, PA 18773-9000 |
| 519044949 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 15 2022 20:46:13 | Portfolio Recovery Associates, LLC, c/o SAKS, POB 41067, Norfolk, VA 23541 |
| 518459373 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2022 20:46:18 | Saks Fifth Avenue, c/o Capital One, N.A., P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 518459372 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2022 20:46:12 | Saks Fifth Avenue, c/o Capital One Bank, N.A., P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 518459370 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 15 2022 20:46:26 | Saks Fifth Avenue, c/o Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 518459371 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2022 20:46:25 | Saks Fifth Avenue, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 518799469 | Email/PDF: bncnotices@becket-lee.com | Mar 15 2022 20:46:20 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518459375 | + Email/Text: Bankruptcy.Consumer@dish.com | Mar 15 2022 20:44:00 | Verizon, c/o Receivables Performance Management, 20818 44th Avenue W., Suite 140, |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Mar 15, 2022 | Form ID: pdf905 | Total Noticed: 56

Lynnwood, WA 98036-7709

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518459355 | *+ | Jefferson Health - New Jersey, 500 Marlboro Avenue, Cherry Hill, NJ 08002-2020 |
| 518634632 | *+ | PNC Bank, N.A., William S. Demchak, Chairman, President, 222 Delaware Ave., Wilmington, DE 19801-1621 |
| 519011048 | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| acc | ##+ | Guiliano Miller & Company, LLC, 140 Bradford Dr., Berlin Business Park, West Berlin, NJ 08091-9216 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 17, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jenny R. Kasen | on behalf of Debtor Megan B. Gilberg jkasen@kasenlaw.com  dkasen@kasenlaw.com |
| Joseph Marchand | jdmarchand@comcast.net  jmarchand@comcast.net;jmarchand@ecf.axosfs.com |
| Joseph A McCormick, Jr. | on behalf of Trustee Joseph Marchand jmccormick@mcdowelllegal.com karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com |
| Paul Stadler Pflumm | on behalf of Trustee Joseph Marchand ppflumm@mcdowelllegal.com kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;kbrocious@mcdowelllegal.com;kwilliams@mcdowelllegal.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7