UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: Megan Gilberg, | Case No.: 19-27600-ABA |
| | Chapter: 7 |
| | Judge: Andrew B. Altenburg |

## NOTICE OF PROPOSED ABANDONMENT

Joseph D. Marchand, Chapter 7 Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Jeanne Naughton, Clerk |
| | United States Bankruptcy Court |
| | 401 Market Street |
| | Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg on Tuesday, April 26, 2022 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 4B, Mitchell H. Cohen Courthouse, 400 Cooper Street, 4th Floor, Camden, New Jersey, 08101 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

The Debtor's former residence located at 1321 Flatrock Road Penn Valley, PA 19072 (the Flatrock Property). The Debtor has a 50% interest in the property as a tenant by the entirety, and a right of equitable distribution in a pre-petition divorce action. The Property Settlement Agreement provides that her estranged spouse shall pay $125,000 for the Debtor's interest. The Trustee was provided appraisals valuing the Flatrock Property at $736,650 and $760,000. A liquidation analysis indicates the Flatrock Property is of no value to the Estate even at the higher value. Furthermore, the value the Debtor is receiving for her interest as equitable distribution is also less than her exemption.

| | |
|---|---:|
| FMV | 760,000.00 |
| Mortgage | -556,000.00 |
| 10% Cost of Sale | - 76,000.00 |
| Equity | 128,000.00 |
| Debtor's 50% | 64,000.00 |
| Exemption | -175,000.00 |
| Available for Creditors | 0.00 |

| Liens on property: |
|---|
| PNC Bank, N.A. holds mortgage on the Flatrock Property with a pay-off of approximately $556,000.00 |

| Amount of equity claimed as exempt: |
|---|
| $175,000.00 pursuant to 11 U.S.C. § 522(b)(3)(B) |

Objections must be served on, and requests for additional information directed to:

Name:     Paul Pflumm, Esq.,
          McDowell Law, PC, Attorneys for Trustee
Address:  46 West Main Street, Maple Shade, NJ 08052
Telephone No.:  (856) 482-5544

M:\Active Files\Marchand, Joseph  Chapter 7 Trustee\Gilberg\Notice of Abandonment.wpd

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-27600-ABA

Megan B. Gilberg  Chapter 7

　　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                      User: admin                      Page 1 of 3
Date Rcvd: Mar 15, 2022                   Form ID: pdf905                  Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

#         Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##        Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Megan B. Gilberg, 1600 Hagys Ford Rd, Unit 9X, Penn Valley, PA 19072-1049 |
| aty | #+ | Joseph A. McCormick, Jr., Joseph A. McCormick, Jr., P.A., 76 Euclid Avenue, Suite 103, Haddonfield, NJ 08033-2330 |
| aty | + | Joseph A. McCormick, Jr., McDowell Law, PC, 46 West Main Street, Maple Shade, NJ 08052-2432 |
| aty | + | Rochelle Bobman, Bort Law, 1260 Valley Forge Road, Suite 104, Phoenixville, PA 19460-2691 |
| 518982521 | + | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 518744478 | + | Arcadia Recovery Bureau, LLC, P.O. Box 6768, Reading, PA 19610-0768 |
| 518459342 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, N.A., P.O. Box 15019, Wilmington, DE 19886-5019 |
| 518459343 | | Bank of America, N.A., c/o John J. Sheerin, Esquire, Mullooly, Jeffrey, Rooney & Flynn, LLP, 6851 1 Jericho Turnpike, Suite 220, Syosset, NY 11791-9036 |
| 518634634 | + | Brian Gilberg, 1321 Flat Rock Road, Penn Valley, PA 19072-1214 |
| 518744479 | + | Caine & Weiner, 12005 Ford Road, Suite 300, Dallas, TX 75234-7262 |
| 518459348 | | Comcast Communications, c/o Waypoint Resource Group, P.O. Box 8588, Round Rock, TX 78683-8588 |
| 518744480 | + | Cooper University Health Care, P.O. Box 2090, Morrisville, NC 27560-2090 |
| 518459349 | | Discover, P.O Box 742655, Cincinnati, OH 45274-2655 |
| 518744481 | + | ExcelCare Alliance, LLC, P.O. Box 14099, Belfast, ME 04915-4034 |
| 519047847 | | Hangley Aronchick Segal Pudlin & Schiller, c/o Matthew A. Hamermesh, 20 Brace Road, Suite 201, Cherry Hill, NJ 08034-2634 |
| 518459351 | + | Hangley, Aranchick, Segal, Pudlin, & Schiller, c/o Cheryl L. Young, Esq., 401 Dekalb Street, 4th Floor, Norristown, PA 19401-4909 |
| 518459356 | + | JP Morgan Chase Bank, N.A., MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 518459354 | + | Jefferson Health - New Jersey, 500 Marlboro Avenue, Cherry Hill, NJ 08002-2020 |
| 518459353 | | Jefferson Health - New Jersey, c/o Financial Recoveries, P.O. Box 1388, Mount Laurel, NJ 08054-7388 |
| 518459357 | + | Kennedy University Hospital, c/o nThrive, 4500 Salisbury Road, Suite 460, Jacksonville, FL 32216-0954 |
| 518459359 | | LVNV Funding LLC (Capital One, N.A.), c/o Resurgent Capital Services, P.O. Box 510090, Livonia, MI 48151-6090 |
| 518459360 | ++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243 address filed with court:, Mohela, Department of Education, P.O. Box 790233, Saint Louis, MO 63179-0233 |
| 518459361 | + | Momjian Anderer LLC, One Commerce Square, 2005 Market Street, Suite 3510, Philadelphia, PA 19103-7013 |
| 518459363 | + | Northbrook Hospital, 425 Woodbury - Turnersville Rd, Blackwood, NJ 08012-2960 |
| 518459364 | + | Oaks Integrated Care, 770 Woodlane Road, Mount Holly, NJ 08060-3803 |
| 518459365 | + | PA EZ-Pass, 300 E. Park Drrive, #2729, Harrisburg, PA 17111-2729 |
| 518459368 | + | PNC Bank, N.A., William S. Demchak, Chairman, President, 222 Delaware Ave., Wilmington, DE 19801-1621 |
| 518459366 | | Penn Medicine, P.O. Box 824406, Philadelphia, PA 19182-4406 |
| 518459367 | + | Penn Princeton House Medicine, 351 New Albany Rd, Moorestown, NJ 08057-1117 |
| 518459369 | | Rowan Psychiarty, Rowan Medicine Dept. of Psychiatry, P.O. Box 71356, Philadelphia, PA 19176-1356 |
| 518744482 | + | STAT Medical Transport, P.O. Box 13702 30th Street Station, Philadelphia, PA 19101-3702 |
| 518459374 | + | The Heart House, 120 White Horse Pike, Suite 112, Haddon Heights, NJ 08035-1938 |
| 518459376 | + | Weill Cornell Medicine, 575 Lexington Avenue, SUite 540, New York, NY 10022-6145 |
| 518459377 | | Weill Cornell Medicine, Harris & Harris, Ltd., 111 West Jackson Boulevard, Suite 400, Chicago, IL 60604-4135 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

Case 19-27600-ABA    Doc 78    Filed 03/17/22    Entered 03/18/22 00:14:32    Desc Imaged
                              Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 15, 2022 | Form ID: pdf905 | Total Noticed: 56 |

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Mar 15 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 15 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518459339 | Email/Text: bankruptcynotice@1fbusa.com | Mar 15 2022 20:44:00 | 1st Financial Bank USA, P.O. Box 1050, North Sioux City, SD 57049-1050 |
| 518459341 | Email/Text: Bankruptcy@ICSystem.com | Mar 15 2022 20:44:00 | ATT Mobility, c/o IC System, 444 Highway 96 East, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 518459340 | Email/PDF: bncnotices@becket-lee.com | Mar 15 2022 21:39:40 | American Express, P. O. Box 1270, Newark, NJ 07101-1270 |
| 518459347 | + Email/Text: BAN5620@UCBINC.COM | Mar 15 2022 20:43:00 | Chase Bank USA, N.A., c/o United Collection Bureau, Inc., 5620 Southwyck Blvd., Suite 206, Toledo, OH 43614-1501 |
| 518459350 | + Email/Text: fggbanko@fgny.com | Mar 15 2022 20:43:00 | Discover, c/o Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 518459352 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 15 2022 20:43:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518459345 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 15 2022 20:46:25 | Chase, Cardmember Service, PO Box 15153, Wilmington, DE 19886-5153 |
| 518459344 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 15 2022 20:46:24 | Chase, Cardmember Services, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 518459346 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 15 2022 20:46:11 | Chase, c/o Cardmember Services, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 518965762 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2022 20:46:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518459358 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 15 2022 20:43:00 | Lexus Financial Services, P.O. Box 4102, Carol Stream, IL 60197-4102 |
| 518459360 | Email/Text: ClaimsHelp@Mohela.com | Mar 15 2022 20:43:00 | Mohela, Department of Education, P.O. Box 790233, Saint Louis, MO 63179-0233 |
| 518962629 | Email/PDF: pa_dc_claims@navient.com | Mar 15 2022 20:46:18 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 518459362 | + Email/PDF: pa_dc_claims@navient.com | Mar 15 2022 20:46:20 | Navient, P.O. Box 9000, Wilkes Barre, PA 18773-9000 |
| 519044949 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 15 2022 20:46:13 | Portfolio Recovery Associates, LLC, c/o SAKS, POB 41067, Norfolk, VA 23541 |
| 518459373 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2022 20:46:24 | Saks Fifth Avenue, c/o Capital One, N.A., P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 518459372 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2022 20:46:25 | Saks Fifth Avenue, c/o Capital One Bank, N.A., P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 518459370 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 15 2022 20:46:26 | Saks Fifth Avenue, c/o Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 518459371 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2022 20:46:25 | Saks Fifth Avenue, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 518799469 | Email/PDF: bncnotices@becket-lee.com | Mar 15 2022 20:46:19 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518459375 | + Email/Text: Bankruptcy.Consumer@dish.com | Mar 15 2022 20:44:00 | Verizon, c/o Receivables Performance Management, 20818 44th Avenue W., Suite 140, |

Lynnwood, WA 98036-7709

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518459355 | *+ | Jefferson Health - New Jersey, 500 Marlboro Avenue, Cherry Hill, NJ 08002-2020 |
| 518634632 | *+ | PNC Bank, N.A., William S. Demchak, Chairman, President, 222 Delaware Ave., Wilmington, DE 19801-1621 |
| 519011048 | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| acc | ##+ | Guiliano Miller & Company, LLC, 140 Bradford Dr., Berlin Business Park, West Berlin, NJ 08091-9216 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2022            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jenny R. Kasen | on behalf of Debtor Megan B. Gilberg jkasen@kasenlaw.com dkasen@kasenlaw.com |
| Joseph Marchand | jdmarchand@comcast.net jmarchand@comcast.net;jmarchand@ecf.axosfs.com |
| Joseph A McCormick, Jr. | on behalf of Trustee Joseph Marchand jmccormick@mcdowelllegal.com karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com |
| Paul Stadler Pflumm | on behalf of Trustee Joseph Marchand ppflumm@mcdowelllegal.com kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;kbrocious@mcdowelllegal.com;kwilliams@mcdowelllegal.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7