Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–27600–ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Megan B. Gilberg
   fka Megan B. Cohen
   1600 Hagys Ford Rd
   Unit 9X
   Penn Valley, PA 19072

Social Security No.:
   xxx–xx–6785

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I  Kenyatta A Johnson , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Proposed Compromise or Settlement of Controvers:

Description of Property (if applicable):

re: Settlement of Claims for Equitable Distribution in the Debtor's Divorce Action

Dated: April 14, 2022
JAN: kaj

                                          Jeanne Naughton
                                          Clerk