Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  19−27600−ABA
                        Chapter:  7
                        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Megan B. Gilberg
   fka Megan B. Cohen
   1600 Hagys Ford Rd
   Unit 9X
   Penn Valley, PA 19072

Social Security No.:
   xxx−xx−6785

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I _Kenyatta A. Johnson_ , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

re: Residential real property located at 1321 Flatrock Road Penn Valley, PA 19072

Dated: April 20, 2022
JAN: kaj

                                                                                    Jeanne Naughton
                                                                                    Clerk