Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−27600−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Megan B. Gilberg
   fka Megan B. Cohen
   1600 Hagys Ford Rd
   Unit 9X
   Penn Valley, PA 19072

Social Security No.:
   xxx−xx−6785

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:      11/10/22
Time:      02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Joseph A McCormick Jr., Trustee's Attorney, period: 10/18/2019 to 8/27/2021.

COMMISSION OR FEES
fee: $46,545.75.

EXPENSES
expenses: $183.51.

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 28, 2022
JAN:

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-27600-ABA |
| Megan B. Gilberg | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 28, 2022 | Form ID: 137 | Total Noticed: 55 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Megan B. Gilberg, 1600 Hagys Ford Rd, Unit 9X, Penn Valley, PA 19072-1049 |
| aty | + | Joseph A. McCormick, Jr., McDowell Law, PC, 46 West Main Street, Maple Shade, NJ 08052-2432 |
| aty | + | Rochelle Bobman, Bort Law, 1260 Valley Forge Road, Suite 104, Phoenixville, PA 19460-2691 |
| 518744478 | + | Arcadia Recovery Bureau, LLC, P.O. Box 6768, Reading, PA 19610-0768 |
| 518459343 | | Bank of America, N.A., c/o John J. Sheerin, Esquire, Mullooly, Jeffrey, Rooney & Flynn, LLP, 6851 1 Jericho Turnpike, Suite 220, Syosset, NY 11791-9036 |
| 518634634 | + | Brian Gilberg, 1321 Flat Rock Road, Penn Valley, PA 19072-1214 |
| 518744480 | + | Cooper University Health Care, P.O. Box 2090, Morrisville, NC 27560-2090 |
| 518459349 | | Discover, P.O Box 742655, Cincinnati, OH 45274-2655 |
| 518744481 | + | ExcelCare Alliance, LLC, P.O. Box 14099, Belfast, ME 04915-4034 |
| 519047847 | | Hangley Aronchick Segal Pudlin & Schiller, c/o Matthew A. Hamermesh, 20 Brace Road, Suite 201, Cherry Hill, NJ 08034-2634 |
| 518459351 | + | Hangley, Aranchick, Segal, Pudlin, & Schiller, c/o Cheryl L. Young, Esq., 401 Dekalb Street, 4th Floor, Norristown, PA 19401-4909 |
| 518459356 | + | JP Morgan Chase Bank, N.A., MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 518459354 | + | Jefferson Health - New Jersey, 500 Marlboro Avenue, Cherry Hill, NJ 08002-2020 |
| 518459357 | + | Kennedy University Hospital, c/o nThrive, 4500 Salisbury Road, Suite 460, Jacksonville, FL 32216-0954 |
| 518459361 | + | Momjian Anderer LLC, One Commerce Square, 2005 Market Street, Suite 3510, Philadelphia, PA 19103-7013 |
| 518459363 | + | Northbrook Hospital, 425 Woodbury - Turnersville Rd, Blackwood, NJ 08012-2960 |
| 518459364 | + | Oaks Integrated Care, 770 Woodlane Road, Mount Holly, NJ 08060-3803 |
| 518459365 | + | PA EZ-Pass, 300 E. Park Drrive, #2729, Harrisburg, PA 17111-2729 |
| 518459366 | | Penn Medicine, P.O. Box 824406, Philadelphia, PA 19182-4406 |
| 518459367 | + | Penn Princeton House Medicine, 351 New Albany Rd, Moorestown, NJ 08057-1117 |
| 518459369 | | Rowan Psychiarty, Rowan Medicine Dept. of Psychiatry, P.O. Box 71356, Philadelphia, PA 19176-1356 |
| 518744482 | + | STAT Medical Transport, P.O. Box 13702 30th Street Station, Philadelphia, PA 19101-3702 |
| 518459374 | + | The Heart House, 120 White Horse Pike, Suite 112, Haddon Heights, NJ 08035-1938 |
| 518459376 | + | Weill Cornell Medicine, 575 Lexington Avenue, SUite 540, New York, NY 10022-6145 |
| 518459377 | | Weill Cornell Medicine, Harris & Harris, Ltd., 111 West Jackson Boulevard, Suite 400, Chicago, IL 60604-4135 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 28 2022 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 28 2022 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518459339 | | Email/Text: bankruptcynotice@1fbusa.com | Sep 28 2022 20:27:00 | 1st Financial Bank USA, P.O. Box 1050, North Sioux City, SD 57049-1050 |
| 518459340 | | Email/PDF: bncnotices@becket-lee.com | Sep 28 2022 20:29:39 | American Express, P. O. Box 1270, Newark, NJ |

| Record | | Delivery | Date/Time | Recipient |
|---|---|---|---|---|
| 518982521 | + | Email/Text: bkfilings@zwickerpc.com | Sep 28 2022 20:27:00 | 07101-1270<br>American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 518459342 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 28 2022 20:26:00 | Bank of America, N.A., P.O. Box 15019, Wilmington, DE 19886-5019 |
| 518744479 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 28 2022 20:27:00 | Caine & Weiner, 12005 Ford Road, Suite 300, Dallas, TX 75234-7262 |
| 518459347 | + | Email/Text: BAN5620@UCBINC.COM | Sep 28 2022 20:27:00 | Chase Bank USA, N.A., c/o United Collection Bureau, Inc., 5620 Southwyck Blvd., Suite 206, Toledo, OH 43614-1501 |
| 518459348 | ^ | MEBN | Sep 28 2022 20:23:21 | Comcast Communications, c/o Waypoint Resource Group, P.O. Box 8588, Round Rock, TX 78683-8588 |
| 518459350 | + | Email/Text: fggbanko@fgny.com | Sep 28 2022 20:27:00 | Discover, c/o Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 518459341 | | Email/Text: Bankruptcy@ICSystem.com | Sep 28 2022 20:27:00 | ATT Mobility, c/o IC System, 444 Highway 96 East, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 518459352 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 28 2022 20:27:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518459345 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 28 2022 20:29:29 | Chase, Cardmember Service, PO Box 15153, Wilmington, DE 19886-5153 |
| 518459344 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 28 2022 20:29:36 | Chase, Cardmember Services, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 518459346 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 28 2022 20:29:45 | Chase, c/o Cardmember Services, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 518459353 | ^ | MEBN | Sep 28 2022 20:23:34 | Jefferson Health - New Jersey, c/o Financial Recoveries, P.O. Box 1388, Mount Laurel, NJ 08054-7388 |
| 518459359 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 28 2022 20:29:41 | LVNV Funding LLC (Capital One, N.A.), c/o Resurgent Capital Services, P.O. Box 510090, Livonia, MI 48151-6090 |
| 518965762 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 28 2022 20:29:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518459358 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 28 2022 20:27:00 | Lexus Financial Services, P.O. Box 4102, Carol Stream, IL 60197-4102 |
| 518459360 | | Email/Text: EBN@Mohela.com | Sep 28 2022 20:27:00 | Mohela, Department of Education, P.O. Box 790233, Saint Louis, MO 63179-0233 |
| 518962629 | | Email/PDF: pa_dc_claims@navient.com | Sep 28 2022 20:29:50 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 518459362 | + | Email/PDF: pa_dc_claims@navient.com | Sep 28 2022 20:29:48 | Navient, P.O. Box 9000, Wilkes Barre, PA 18773-9000 |
| 518459368 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 28 2022 20:26:00 | PNC Bank, N.A., William S. Demchak, Chairman, President, 222 Delaware Ave., Wilmington, DE 19899 |
| 519044949 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 28 2022 20:29:32 | Portfolio Recovery Associates, LLC, c/o SAKS, POB 41067, Norfolk, VA 23541 |
| 518459373 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2022 20:29:37 | Saks Fifth Avenue, c/o Capital One, N.A., P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 518459372 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2022 20:29:36 | Saks Fifth Avenue, c/o Capital One Bank, N.A., P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 518459370 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

|  |  |  | Sep 28 2022 20:29:40 | Saks Fifth Avenue, c/o Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541-0914 |
| --- | --- | --- | --- | --- |
| 518459371 |  | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2022 20:29:29 | Saks Fifth Avenue, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 518799469 |  | Email/PDF: bncnotices@becket-lee.com | Sep 28 2022 20:29:40 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518459375 | + | Email/Text: Bankruptcy.Consumer@dish.com | Sep 28 2022 20:27:00 | Verizon, c/o Receivables Performance Management, 20818 44th Avenue W., Suite 140, Lynnwood, WA 98036-7709 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 518459355 | *+ | Jefferson Health - New Jersey, 500 Marlboro Avenue, Cherry Hill, NJ 08002-2020 |
| 518634632 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., William S. Demchak, Chairman, President, 222 Delaware Ave., Wilmington, DE 19899 |
| 519011048 | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| aty | ##+ | Joseph A. McCormick, Jr., Joseph A. McCormick, Jr., P.A., 76 Euclid Avenue, Suite 103, Haddonfield, NJ 08033-2330 |
| acc | ##+ | Guiliano Miller & Company, LLC, 140 Bradford Dr., Berlin Business Park, West Berlin, NJ 08091-9216 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2022           Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jenny R. Kasen | on behalf of Debtor Megan B. Gilberg jkasen@kasenlaw.com dkasen@kasenlaw.com |
| Joseph Marchand | jdmarchand@comcast.net jmarchand@comcast.net;jmarchand@ecf.axosfs.com |
| Joseph A McCormick, Jr. | on behalf of Trustee Joseph Marchand jmccormick@mcdowelllegal.com karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com |
| Paul Stadler Pflumm | on behalf of Trustee Joseph Marchand ppflumm@mcdowelllegal.com kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;kbrocious@mcdowelllegal.com;kwilliams@mcdowelllegal.com |

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 28, 2022 | Form ID: 137 | Total Noticed: 55 |

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6