**JOSEPH D. MARCHAND**
*ATTORNEY AT LAW*
117-119 WEST BROAD STREET
P.O. BOX 298
BRIDGETON, NEW JERSEY 08302
(856) 451-7600          FAX (856) 451-6535

MEMBER OF NJ AND PA BAR

October 11, 2022                                             *Via CM/ECF*

Honorable Andrew B. Altenbug, Jr.
United States Bankruptcy Court
U.S. Post Office & Courthouse
Camden, NJ 08101-2067

Re:    B/E/O:  Megan Gilberg
       Chapter 7 Bankruptcy, Case No. 19-27600/ABA

In re: Trustee's Report of No Distribution/or Notice of Assets
       Status Conference: November 8, 2022 (2:00 P.M.)

Dear Judge Altenburg:

Please accept the following report of status regarding this case:

Trustee has sent his Final Report to the US Trustee's Office for approval on September 29, 2022.

I trust this status report is sufficient and that my appearance on November 8, 2022 will not be necessary.  To the extent Your Honor wishes to schedule a Status Conference, I would suggest 6 months.

Most respectfully,

/s/ Joseph D. Marchand

Joseph D. Marchand, Esquire
Chapter 7 Bankruptcy Trustee

JDM:mmh
cc via CM/ECF:  United States Trustee's Office
cc via CM/ECF:  Jenny Kasen, Esquire(Attorney for Debtor(s))