UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 19-27600-ABA |
|---|---|---|
| Megan B. Gilberg, | Chapter: | 7 |
| Debtor | Judge: | Andrew B. Altenburg, Jr. |

**Order Filed on January 10, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**ORDER GRANTING ATTORNEY FEES**

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: January 10, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re Megan B. Gilberg*
*Case No.: 19-27600-ABA*
Order Granting Attorney Fees
Page | 2

---

**THIS MATTER** having come before the court by the fee applications of the trustee's counsel and special counsel (Doc. Nos. 86-88); and the debtor objected (Doc. No. 96); and the parties filing supplemental documents (Doc. Nos. 97-102); and

For the reasons set forth orally on the record on January 10, 2023; and for good cause shown; it is

**ORDERED** that the trustee's counsel's application for $15,777.20 and $9.187.20 and special counsel's application for $6,241.12, all as reduced by them from their original applications, *see* Doc. No. 102, is GRANTED.