

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on January 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: | 19-27600-ABA |
|---|---|---|
| | Chapter: | 7 |
| Megan B. Gilberg, | | |
| | Judge: | Andrew B. Altenburg, Jr. |
| Debtor | | |

**AMENDED ORDER GRANTING ATTORNEY FEES**

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: January 12, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re Megan B. Gilberg*
*Case No.: 19-27600-ABA*
Amended Order Granting Attorney Fees
Page | 2

---

**THIS MATTER** having come before the court by the fee applications of the trustee's counsel and special counsel (Doc. Nos. 86-88); and the debtor objected (Doc. No. 96); and the parties filing supplemental documents (Doc. Nos. 97-102); and

The court having entered an order on January 10, 2023 granting the fees of the trustee's counsel and special counsel, but not the expenses; and

For good cause shown; it is

**ORDERED** that the January 10 order is hereby amended.

**IT IS FURTHER ORDERED** that the trustee's counsel's application for $15,777.20 and $9.187.20 in fees and $183,51 in expenses, and special counsel's application for $6,241.12 and $82.92 in expenses, is GRANTED.