UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | **Order Filed on January 10, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
|---|---|---|
| Megan B. Gilberg, | Chapter: | |
| Debtor | Judge: | Andrew B. Altenburg, Jr. |

## ORDER GRANTING ATTORNEY FEES

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: January 10, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re Megan B. Gilberg*
*Case No.: 19-27600-ABA*
Order Granting Attorney Fees
Page | 2

___

**THIS MATTER** having come before the court by the fee applications of the trustee's counsel and special counsel (Doc. Nos. 86-88); and the debtor objected (Doc. No. 96); and the parties filing supplemental documents (Doc. Nos. 97-102); and

For the reasons set forth orally on the record on January 10, 2023; and for good cause shown; it is

**ORDERED** that the trustee's counsel's application for $15,777.20 and $9.187.20 and special counsel's application for $6,241.12, all as reduced by them from their original applications, *see* Doc. No. 102, is GRANTED.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-27600-ABA
Megan B. Gilberg  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 2
Date Rcvd: Jan 10, 2023  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Megan B. Gilberg, 1600 Hagys Ford Rd, Unit 9X, Penn Valley, PA 19072-1049 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jenny R. Kasen | on behalf of Debtor Megan B. Gilberg jkasen@kasenlaw.com  dkasen@kasenlaw.com |
| Joseph Marchand | jdmarchand@comcast.net  jmarchand@comcast.net;jmarchand@ecf.axosfs.com |
| Joseph A McCormick, Jr. | on behalf of Trustee Joseph Marchand jmccormick@mcdowelllegal.com karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com |
| Joseph A McCormick, Jr. | on behalf of Attorney Joseph McCormick jmccormick@mcdowelllegal.com karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Jan 10, 2023 | Form ID: pdf903 | Total Noticed: 1

| | |
|---|---|
| Paul Stadler Pflumm | on behalf of Trustee Joseph Marchand ppflumm@mcdowelllegal.com kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;kbrocious@mcdowelllegal.com;kwilliams@mcdowelllegal.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7