UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on January 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 19-27600-ABA |
|---|---|---|
| Megan B. Gilberg, | Chapter: | 7 |
| Debtor | Judge: | Andrew B. Altenburg, Jr. |

## AMENDED ORDER GRANTING ATTORNEY FEES

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: January 12, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re Megan B. Gilberg*
*Case No.: 19-27600-ABA*
Amended Order Granting Attorney Fees
Page | 2

_____

**THIS MATTER** having come before the court by the fee applications of the trustee's counsel and special counsel (Doc. Nos. 86-88); and the debtor objected (Doc. No. 96); and the parties filing supplemental documents (Doc. Nos. 97-102); and

The court having entered an order on January 10, 2023 granting the fees of the trustee's counsel and special counsel, but not the expenses; and

For good cause shown; it is

**ORDERED** that the January 10 order is hereby amended.

**IT IS FURTHER ORDERED** that the trustee's counsel's application for $15,777.20 and $9.187.20 in fees and $183,51 in expenses, and special counsel's application for $6,241.12 and $82.92 in expenses, is GRANTED.

United States Bankruptcy Court<br>District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-27600-ABA |
| Megan B. Gilberg | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 12, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Megan B. Gilberg, 1600 Hagys Ford Rd, Unit 9X, Penn Valley, PA 19072-1049 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jenny R. Kasen | on behalf of Debtor Megan B. Gilberg jkasen@kasenlaw.com  dkasen@kasenlaw.com |
| Joseph Marchand | jdmarchand@comcast.net  jmarchand@comcast.net;jmarchand@ecf.axosfs.com |
| Joseph A McCormick, Jr. | on behalf of Trustee Joseph Marchand jmccormick@mcdowelllegal.com karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com |
| Joseph A McCormick, Jr. | on behalf of Attorney Joseph McCormick jmccormick@mcdowelllegal.com karen@mccormicknjlaw.com;Lorraine@mccormicknjlaw.com;Kathleen@mccormicknjlaw.com;Karen@mccormicknjlaw.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 12, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Paul Stadler Pflumm
    on behalf of Trustee Joseph Marchand ppflumm@mcdowelllegal.com
    kgresh@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;kbrocious@mcdowelllegal.com;kwilliams@mcdowelllegal.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7