UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on February 23, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ  08302
Trustee and Attorney for Chapter 7 Trustee
JM:5998

| | | |
|---|---|---|
| In Re: | : | Case No. 19-27600/ABA |
| Megan B. Gilberg, | : | |
| Debtor(s) | : | Judge:  Andrew B. Altenburg, Jr. |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: February 23, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor(s):      Megan B. Gilberg
Case No:        19-27600/ABA

_____

Upon consideration of the foregoing Application for Compensation, and after notice as

prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of

$4,750.00 is reasonable Compensation for the services rendered in this case by *JOSEPH D.*

*MARCHAND, ESQUIRE,* Trustee; that such sum does not exceed the limitations prescribed by

Section 326 of the Bankruptcy Code; that $76.24 is reasonable for actual and necessary Expenses

advanced by the Trustee; and that such sums are awarded to the Trustee.