**JOSEPH D. MARCHAND**
*ATTORNEY AT LAW*
117-119 WEST BROAD STREET
P.O. BOX 298
BRIDGETON, NEW JERSEY 08302
(856) 451-7600          FAX (856) 451-6535

MEMBER OF NJ AND PA BAR

April 17, 2023                                                    *Via CM/ECF*

Honorable Andrew B. Altenbug, Jr.
United States Bankruptcy Court
U.S. Post Office & Courthouse
Camden, NJ 08101-2067

Re:     B/E/O:  Megan Gilberg
        Chapter 7 Bankruptcy, Case No. 19-27600/ABA

In re:  Trustee's Report of No Distribution/or Notice of Assets
        <u>Status Conference: May 9, 2023 (2:00 P.M.)</u>

Dear Judge Altenburg:

    Please accept the following report of status regarding this case:

    Trustee has disbursed all funds and is awaiting a zero balance bank statement so that the TDR can be filed.  All checks have cleared as of today's correspondence, but a zero balanced bank statement will not be available until after May 1, 2023.

    I trust this status report is sufficient and that my appearance on May 9, 2023 will not be necessary.  To the extent Your Honor wishes to schedule a Status Conference, I would suggest 6 months.

Most respectfully,

/s/ Joseph D. Marchand

Joseph D. Marchand, Esquire
Chapter 7 Bankruptcy Trustee

JDM:mmh
cc via CM/ECF:  United States Trustee's Office
cc via CM/ECF:  Jenny Kasen, Esquire(Attorney for Debtor(s))